STANSFIELD, Appellant, vs. INDUSTRIAL COMMISSION and others, Respondents.

For the appellant: *L. M. Evert* of Marinette.

For the respondent Industrial Commission: *James E. Finnegan,* attorney general, and *Mortimer Levitan,* assistant attorney general.

For the respondent George Banta Publishing Company: *Bouck, Hilton, Kluwin & Dempsey* of Oshkosh.

*By the Court.*—Judgment affirmed.

*June 4, 1935.*

SIEFERT (GLADYS), Plaintiff and Respondent, vs. SIRES, Defendant and Appellant: WESTERN CASUALTY & SURETY COMPANY and another, Defendants: GUNVILLE, Defendant and Respondent.

For the appellant: *Bender, Trump & McIntyre,* attorneys, and *David G. Owen, Jr.,* of counsel, all of Milwaukee.

For the respondent (plaintiff): *Bendinger & Hayes,* attorneys, and *John H. Schlosser* of counsel, all of Milwaukee.

For the respondent (defendant Ervie Gunville): *Hayes & Hayes,* attorneys, and *William A. Hayes* of counsel, all of Milwaukee.

*By the Court.*—Judgment affirmed.